UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY RYAN PUGH,

                Petitioner,

     v.

PAT GLEBE,

                Respondent.

CASE NO. C12-5690 BHS-JRC

REPORT AND RECOMMENDATION

NOTED FOR:

September 14, 2012

       The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636 (b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction, thus, the petition is filed pursuant to 28 U.S.C. § 2254.

       Petitioner asks that the Court grant him in forma pauperis status (ECF No. 1). The Court has reviewed petitioner's trust account and finds that petitioner has adequate funds to pay the five dollar ($5) filing fee (ECF No. 1).

1     The Court recommends that the motion to proceed in forma pauperis be denied and that

2 plaintiff be given thirty days to pay the full filing fee. Failure to pay five dollars ($5) within

3 thirty days of adoption of the order should result in dismissal of this action.

4     Pursuant to 28 U.S.C. § 636 (b) (1) and Fed. R. Civ. P. 72 (b), the parties shall have

5 fourteen (14) days from service of this Report to file written objections. <u>See also</u> Fed. R. Civ. P.

6 6. Failure to file objections will result in a waiver of those objections for purposes of de novo

7 review by the district judge. <u>See</u> 28 U.S.C. § 636 (b) (1) (C). Accommodating the time limit

8 imposed by Fed. R. Civ. P. 72 (b), the clerk is directed to set the matter for consideration on

9 September 14, 2012, as noted in the caption.

10     Dated this 20th day August, 2012.

                              J. Richard Creatura
                              United States Magistrate Judge