UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTHONY RYAN PUGH,

     Petitioner,

  v.

PAT GLEBE,

     Respondent.

CASE NO. C12-5690 BHS

ORDER ADOPTING A REPORT
AND RECOMMENDATION

  This matter comes before the Court on the Report and Recommendation ("R&R") of the
Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 3. The Court having
considered the R&R and the remaining record, and no objections having been filed, does hereby
find and order as follows:

  (1)  The R&R is **ADOPTED**; and

  (2)  Plaintiff's application to proceed in forma pauperis is **DENIED**.

  DATED this 25th day of September, 2012.

              _____
              BENJAMIN H. SETTLE
              United States District Judge