UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY RYAN PUGH,<br><br>                Petitioner,<br><br>      v.<br><br>PAT GLEBE,<br><br>                Respondent. | CASE NO. C12-5690 BHS-JRC<br><br>ORDER ADOPTING A REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 8. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Plaintiff's application to proceed in forma pauperis is **DENIED**; and

(3)     The Clerk shall file the complaint only on receipt of the usual filing fee. If no filing fee is paid within 30 days of the date of this Order, the Clerk shall close the file.

DATED this 30th day of October, 2012.

                                                  BENJAMIN H. SETTLE
                                                  United States District Judge